Case 2:25-cv-00273   Document 11   Filed 01/22/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SIDNEY MAURICE THOMPSON, § § Plaintiff. § § V. § JACQUELYN JEAN JAMES § THOMPSON § § Defendant. § | CIVIL ACTION NO. 2:25-CV-000273 |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DISMISS CASE FOR FAILURE TO PROSECUTE**

On December 11, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Dismiss Case for Failure to Prosecute" (D.E. 6). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 6), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

    **ORDERED** on January 22, 2026.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE